(C.D. 4320)

J. ZISSU SCARVES, INC., ET AL. V. UNITED STATES

(Dated January 5, 1972)

Brooks & Brooks (Charles P. Deem of counsel) for the plaintiffs.
L. Patrick Gray, III, Assistant Attorney General (Andrew P. Vance, trial attorney), for the defendant.

RICHARDSON, Judge: Plaintiffs move for an order suspending certain actions enumerated in the attached Schedule under *United Merchants, Inc.* v. *United States*, Court No. 70/29939; and the motion is not opposed by the defendant. Plaintiffs' motion is disposed of as follows:

As to the actions enumerated in the attached Schedule identified with the prefix (A) and as to entry 165630 of the action identified in said Schedule with the prefix (C), the motion and the said actions are dismissed for prematurity by reason of the fact that in contravention of 19 U.S.C.A., section 1503(a) (section 503(a), Tariff Act of 1930, as amended by the Customs Simplification Act of 1953) liquidation of the subject entries was not made upon a *final appraised value*, and as such, is void, liquidation in each instance having taken place within 60 days of the date of the appraiser's report. See *United States* v. *Boston Paper Board Co.*, 23 CCPA 372, T.D. 48233 (1936), and other cases cited in Memorandum to Accompany Order in *Lamb-Weston, Inc.* v. *United States*, protest 69/38803, C.D. 4301, decided December 1, 1971. It is the duty of the regional commissioner or district director of customs to liquidate the involved entries in the manner provided for by law so that plaintiffs may file a valid protest against said entries if they be so advised.

(1)

As to the actions enumerated in the said Schedule identified with the prefix (B) and as to entry 106116 of the action identified in said Schedule with the prefix (C), the motion, being unopposed and within the court's jurisdiction, is granted, and said actions with the prefix (B) will be suspended and the entry 106116 with the prefix (C) will also be suspended under lead number 70/19929, pending the final determination of *United Merchants, Inc.* v. *United States*, Court No. 70/29939.

## Schedule of Actions

### Court Nos.

| | | | |
|---|---|---|---|
| (A) 70/34445 | (A) 70/221 | (A) 70/22179 | (A) 70/17192 |
| (A) 70/39412 | (A) 70/2741 | (A) 70/22561 | (A) 70/17196 |
| (A) 70/17817 | (A) 70/4050 | (A) 70/23289 | (A) 70/17197 |
| (A) 70/19224 | (A) 70/4058 | (A) 70/26069 | (A) 70/17759 |
| (A) 70/19928 | (A) 70/4205 | (A) 70/26123 | (A) 70/17760 |
| (B) 70/19929 | (A) 70/5979 | (A) 70/27449 | (A) 70/19935 |
| (A) 70/22426 | (B) 70/6049 | (B) 70/27833 | (A) 70/19936 |
| (B) 70/22492 | (A) 70/7066 | (A) 70/27869 | (A) 70/26122 |
| (B) 70/23334 | (A) 70/8163 | (A) 70/27871 | (C) 70/27450 |
| (A) 70/23361 | (A) 70/8164 | (B) 70/28854 | (A) 70/27523 |
| (A) 70/23464 | (A) 70/8165 | (A) 70/29133 | (B) 70/27638 |
| (A) 70/23465 | (A) 70/8679 | (A) 70/3994 | (A) 70/27686 |
| (A) 70/23502 | (B) 70/10414 | (B) 70/4008 | (A) 70/28048 |
| (A) 70/23503 | (A) 70/10468 | (A) 70/4034 | (A) 70/29743 |
| (A) 70/23504 | (A) 70/10539 | (A) 70/4035 | (A) 70/34232 |
| (A) 70/23505 | (A) 70/10541 | (A) 70/4036 | (A) 70/38652 |
| (A) 70/27678 | (B) 70/10806 | (A) 70/4062 | (A) 70/40415 |
| (A) 70/27690 | (A) 70/12162 | (A) 70/4202 | (A) 70/40418 |
| (B) 70/27801 | (A) 70/12412 | (A) 70/5984 | (A) 70/19942 |
| (A) 70/29110 | (B) 70/17758 | (A) 70/5995 | (A) 70/28504 |
| (A) 70/29142 | (A) 70/17660 | (A) 70/9692 | (B) 70/37979 |
| (B) 70/33205 | (A) 70/17661 | (A) 70/9967 | (B) 70/38789 |
| (A) 70/31697 | (A) 70/19205 | (A) 70/12865 | (B) 70/39698 |
| (A) 70/32525 | (A) 70/19303 | (A) 70/14241 | (A) 70/5994 |
| (A) 70/33271 | (A) 70/20313 | (A) 70/16805 | (A) 70/27652 |
| (A) 70/38026 | | | |